UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MALDONADO, | Case No.: 26-cv-296-BJC-DEB |
| Petitioner, | **ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| CASEY JEREMY, Warden, Imperial Regional Adult Detention Facility, Calexico, California in his official capacity; et al., | **[ECF No. 1]** |
| Respondents. | |

Jose Maldonado ("Petitioner") is a native and citizen of Mexico. ECF No. 1 at 5. He entered the United States without inspection on or about February 2014 and was not apprehended at the border at the time of his entry. *Id.* On October 28, 2025, Petitioner was detained by U.S. Immigration and Customs Enforcement ("ICE") following a traffic stop. *Id.* at 6. Following his arrest, the Department of Homeland Security issued Petitioner a Notice to Appear pursuant to 8 U.S.C. § 1229(a), charging him as a noncitizen who entered the United States without being admitted or paroled under 8 U.S.C. § 1182(a)(6)(A)(i), and as lacking a valid entry document at the time of application for

1

admission under 8 U.S.C. § 1182(a)(7)(A)(i)(I).  *Id.*   Petitioner has been held in detention since his arrest on October 28, 2025.

On January 19, 2026, Petitioner filed the instant Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, asserting his continued detention exceeds statutory authority and violates the Fifth Amendment.  ECF No. 1.  This Court set a briefing schedule and issued a limited stay.  ECF No. 3.  Respondents filed a return to the petition on January 29, 2026.  ECF No. 6.  In their return, Respondents acknowledge that Petitioner, pursuant to the judgment in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3713987, at *1 (C.D. Cal. Dec. 18, 2025), "is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)."  ECF No. 6 at 2.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Respondents shall hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on 8 U.S.C. § 1225. Respondents are enjoined from transferring Petitioner before a bond hearing takes place. The Clerk of Court shall close this matter.

**IT IS SO ORDERED.**

Dated:  February 2, 2026

_____
Honorable Benjamin J. Cheeks
United States District Judge